UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAI KIM THAI,<br><br>                            Petitioner,<br><br>v.<br><br>WARDEN OF THE CORE CIVIC OTAY MESA DETENTION FACILITY, et al.,<br><br>                            Respondents. | Case No.: 3:25-cv-02443-RBM-MMP<br><br>**ORDER DENYING AS MOOT PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**[Doc. 1]** |

      Pending before the Court is Petitioner Hai Kim Thai's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition") challenging the lawfulness of his detention by United States Immigration and Customs Enforcement ("ICE"). (Doc. 1.) Petitioner initially filed the Petition in the United States District Court, Eastern District of California, and the Petition was transferred to this District on September 17, 2025. (Doc. 3.) The Petition was then transferred to the undersigned pursuant to the Low Number Rule (S.D. Cal. Civ. R. 40.1(e)) on October 2, 2025 as related to an existing case captioned *Thai v. Noem, et al.*, 25-cv-02436-RBM-MMP. (Doc. 6.)

1 | The Petition seeks an order releasing Petitioner from ICE custody. (Doc. 1 at 5.) Because the Court recently granted Petitioner's petition in the related case and ordered Petitioner released from ICE custody[1], the Petition (Doc. 1) is **<u>DENIED AS MOOT</u>**.

**IT IS SO ORDERED**.

DATE: October 23, 2025

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

---

[1] *See Thai v. Noem, et al.*, 25-cv-02436-RBM-MMP (S.D. Cal. October 23, 2025), ECF Nos. 10, 11.