

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hai Kim Thai<br><br>Plaintiff,<br>V.<br><br>Warden of the Core Civic Otay Mesa Detention Facility; (see attachment)<br><br>Defendant. | Civil Action No. 25CV2443-RBM-MMP<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Petition for Writ of Habeas Corpus is denied as moot. .

Date:     10/23/25

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By:  s/ J. Petersen

J. Petersen, Deputy

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 25CV2443-RBM-MMP

Plaintiff

Hai Thai

v.

Defendant

Warden of the Core Civic Otay Mesa Detention Facility;
 Field Office Director, San Francisco Field Office, United Sates Immigration and Customs Enforcement;  Director United States Immigration and Customs Enforcement; Secretary, United States Department of Homeland Security; United States Attorney General